IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| YASMIN VOGLEWEDE; S.C.M., Individually and as Parent and Next Friend of T.M., A Minor Child; Z.M., A Minor Child; J.M., A Minor Child; and S.M., A Minor Child; NICHOLAS DEFOSSET; TERESA MAGUIRE; and HEATHER ALBRIGHT, *Plaintiffs*, <br><br> v. <br><br> CITY OF SAN ANTONIO, TEXAS, *Defendant*. | § § § § § § § § § § § § § § § CIVIL ACTION <br><br> NO. 5:23-CV-00108-FB-RBF |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE

NOW COMES Defendant City of San Antonio ("Defendant" or the "City"), Defendant in the above-styled and numbered cause, and files this Motion for Continuance of Initial Pretrial Conference. In support thereof, Defendant respectfully shows the Court as follows:

1. Plaintiffs filed their Complaint on January 27, 2023 (Doc. No. 1), alleging claims under the Americans with Disabilities Act ("ADA") arising out of Winter Storm Uri, a catastrophic storm that struck Texas in February of 2021.

2. After waiving service, Defendant filed its Answer to Plaintiffs' Complaint on April 17, 2023. (Doc. No. 6). Defendant denies all of Plaintiffs' claims.

3. On May 15, 2023, the Court set an Initial Pretrial Conference for June 2, 2023 (the "Pretrial Conference"). (Doc. No. 10).

4. Defendant's lead counsel (Donna K. McElroy) is unavailable for the Pretrial Conference as set. Ms. McElroy is lead counsel for an on-going arbitration in Austin, Texas that is scheduled to resume on June 1, 2023 and continue through June 6, 2023.

5.  Therefore, Defendant respectfully moves the Court for a brief continuance of the current Pretrial Conference from June 2, 2023 **until a date after June 6, 2023**, when lead counsel's arbitration hearing is anticipated to conclude.

6.  Plaintiffs are unopposed to the requested brief continuance.

7.  Defendant files this motion in the interest of justice and not for undue delay.

WHEREFORE, Defendant requests that this Motion be granted, that the Pretrial Conference be briefly continued, and for any and other relief, in equity or at law, to which they may be entitled.

Respectfully submitted,

By: */s/ Donna K. McElroy*
**Donna K. McElroy**
Texas State Bar No. 13582050
Email: dmcelroy@dykema.com
**Katherine A. Zampas**
Texas State Bar No. 24104456
Email: kzampas@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**ATTORNEYS FOR DEFENDANT**
**CITY OF SAN ANTONIO**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 19, 2023, I conferred via email with Plaintiffs' counsel, Christopher McGreal, one of the attorneys for Plaintiffs, regarding this Motion and the relief sought herein. Plaintiffs' counsel indicated that Plaintiffs do not oppose this Motion.

By: */s/ Katherine A. Zampas*
**Katherine A. (Katina) A. Zampas**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**James H. Nye**
Email: jnye@winston.com
**Brandon W. Duke**
Email: bduke@winston.com
**Miriam Vranderic**
Email: mvranderic@winston.com
**John Tyler Boyce**
Email: tboyce@winston.com
**Evan D. Lewis**
Email: edlewis@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, Texas 77002

**Laura B. Beshara**
Email: laurabeshara@swbell.net
**Michael M. Daniel**
Email: mchldnl@msn.com
**DANIEL & BESHARA, P.C.**
3301 Elm Street
Dallas, Texas 75226-1637

**Christopher McGreal**
Email: cmcgreal@disabilityrightstx.org
**DISABILITY RIGHTS TEXAS**
1420 West Mockingbird Lane, Suite 450
Dallas, Texas 75247

**Stephanie Duke**
Email: sduke@disabilityrightstx.org
**DISABILITY RIGHTS TEXAS**
1500 McGowen Street, Suite 100
Houston, Texas 77004

    By:  */s/ Donna K. McElroy*
           Donna K. McElroy