IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| YASMIN VOGLEWEDE; S.C.M., Individually and as Parent and Next Friend of T.M., A Minor Child; Z.M., A Minor Child; J.M., A Minor Child; and S.M., A Minor Child; NICHOLAS DEFOSSET; TERESA MAGUIRE; and HEATHER ALBRIGHT,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>CITY OF SAN ANTONIO, TEXAS,<br>　　　　*Defendant*. | § § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 5:23-CV-00108-FB-RBF |

## ORDER ON DEFENDANT'S UNOPPOSED
## MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE

On this date came to be considered Defendant's Unopposed Motion for Continuance of Pretrial Conference (the "Motion") in the above-captioned lawsuit. The Court, having considered the Motion and all other things properly before it, finds that the Motion should be, in all things, GRANTED. It is therefore:

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. It is further

ORDERED, ADJUDGED and DECREED that this Court will continue the Pretrial Conference in this case to _____, 2023 at _____ ____.m.

Signed and entered this _____ day of _____, 2023.

_____
HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE

4893-7434-9924.2