IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YASMIN VOGLEWEDE; S.C.M., individually and as parent and next friend of T.M., Z.M., S.M., and J.M.; NICHOLAS DEFOSSET; TERESA MAGUIRE; and HEATHER ALBRIGHT, | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. SA-23-CA-108-FB |
| v. | § § | |
| CITY OF SAN ANTONIO, TEXAS, | § § § | |
| Defendant. | § § | |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS NICHOLAS DEFOSSET AND TERESA MAGUIRE WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiffs Teresa Maguire ("Plaintiff Maguire") and Nicholas Defosset ("Plaintiff Defosset") and Defendant City of San Antonio, Texas ("Defendant") (collectively, the "Parties") respectfully stipulate that all claims that have been (or could have been) asserted by Plaintiff Maguire and Plaintiff Defosset against Defendant are hereby DISMISSED WITH PREJUDICE in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties also hereby agree and stipulate that each party is responsible for its own costs and attorneys' fees incurred as a result of this action unless otherwise agreed to by the Parties, and that all rights of appeal are hereby waived.

DATED:  November 18, 2023

                                      Respectfully submitted,

By:  */s/ Christopher McGreal*                  By:  */s/ Donna K. McElroy*
**Christopher McGreal**                                **Donna K. McElroy**
Email:  cmcgreal@disabilityrightstx.org        Texas State Bar No. 13582050
Disability Rights Texas                            Email: dmcelroy@dykema.com
1420 West Mockingbird Lane, Suite 450         **Katherine A. Zampas**
Dallas, Texas 75247                                   Texas State Bar No. 24104456
                                                       Email: kzampas@dykema.com
**Stephanie Duke**                                       **DYKEMA GOSSETT PLLC**
Email:  sduke@disabilityrightstx.org           112 East Pecan Street, Suite 1800
Disability Rights Texas                            San Antonio, Texas 78205
1500 McGowen Street, Suite 100                Telephone: (210) 554-5500
Houston, Texas 77004                                  Facsimile: (210) 226-8395

**Brandon W. Duke**                                   **ATTORNEYS FOR DEFENDANT**
Email:  bduke@winston.com                     **CITY OF SAN ANTONIO**
**Miriam Vranderic**
Email:  mvranderic@winston.com
**John Tyler Boyce**
Email:  tboyce@winston.com
**Evan D. Lewis**
Email:  edlewis@winston.com
Winston & Strawn LLP
800 Capital Street, Suite 2400
Houston, Texas 77002

**Laura B. Beshara**
Email:  laurabeshara@swbell.net
**Michael M. Daniel**
Email:  mchldnl@msn.com
Daniel & Beshara, P.C.
3301 Elm Street
Dallas, Texas 75226-1637

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on this the 18th day of November 2023 via electronic mail:

**Donna K. McElroy**
Texas State Bar No. 13582050
Email: dmcelroy@dykema.com
**Katherine A. Zampas**
Texas State Bar No. 24104456
Email: kzampas@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

                                      */s/ Christopher McGreal*
                                      CHRISTOPHER P. McGREAL